# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0676

VERSUS

RYAN MICHAEL POURCIAU

**JULY 30, 2021**

---

In Re:    Ryan Michael Pourciau, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1301894.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**

**CHH**

**Holdridge J.**, dissents and would stay the matter. The decision whether to apply **Ramos v. Louisiana,** __ U.S. __, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) retroactively and grant postconviction relief on state collateral review to defendants convicted by non-unanimous juries in all or certain circumstances remains with the Louisiana Supreme Court. A state court may give broader effect to new rules of criminal procedure than is required by the relevant opinion. See **Danforth v. Minnesota**, 552 U.S. 264, 128 S.Ct. 1029, 169 L.Ed.2d 859 (2008).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT